UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MANABU YOSHIIKE, ) | |
| TAKAKO YOSHIIKE, ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. 4:09-cv-00114-TWP-WGH |
| ) | |
| KIRK B. McCONER, ) | |
| MITSUI SUMITOMO MARINE ) | |
| MANAGEMENT (U.S.A), INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON PLAINTIFFS' ADDITIONAL MOTION IN LIMINE**

This matter comes before the Court on Plaintiffs', Manabu Yoshiike and Takako Yoshiike, Motion in Limine to refrain from mentioning, referring to, discussing, etc. evidence of Manabu Yoshiike's cigarette smoking.

Manabu Yoshiike's medical records reveal that for at least the past thirty years, Mr. Yoshiike has smoked cigarettes, ranging from full packs a day to approximately 3-5 cigarettes a day. This fact is particularly relevant to this case considering the jury must award damages based upon injuries, pain and suffering, and Manabu Yoshiike's life expectancy. Smoking is admittedly relevant to the healing process, as confirmed by Plaintiff's own witness, Dr. Weidenbener, and also relevant to jurors consideration of life expectancy, particularly shedding light on Yoshiike's health history and habits that could potentially impact his life expectancy.

The Court is confident that the admission of evidence related to Mr. Yoshiike's history of smoking will not improperly prejudice the jury or cause speculation. For these reasons the Motion in Limine is **DENIED**.

**CONCLUSION**

For the reasons stated herein, Plaintiffs', Manabu and Takako Yoshiike, Motion in Limine is **DENIED**.

IT IS SO ORDERED.

Date: 10/7/2010

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

Roger L. Pardieck
THE PARDIECK LAW FIRM
rlp@pardiecklaw.com

Mary Kaye Reeder
RILEY BENNETT & EGLOFF LLP
mreeder@rbelaw.com