UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| MANABU YOSHIIKE and<br>TAKAKO YOSHIIKE,<br><br>      Plaintiffs,<br><br>vs.<br><br>KIRK B. MCCONER and<br>MITSUI SUMITOMO MARINE<br>MANAGEMENT (U.S.A.), INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 4:09-cv-114 TWP-WGH |

## ORDER IN LIMINE REGARDING STATEMENTS FROM THE "CHAIRMAN"

Defendant, Mitsui Sumitomo Marine Insurance Company, by counsel, moved the Court to exclude testimony of alleged statements made by the "Chairman" of plaintiff's former parent company (Dkt. No. 48). Testimony that Plaintiff had a conversation with the "Chairman" of the parent company wherein the "Chairman" told Plaintiff he was inadequately performing his job and that he must retire, constitutes inadmissible hearsay. The Motion in limine regarding statements from the Chairman is meritorious and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff, Plaintiff's witnesses and Plaintiff's counsel are prohibited from referring to or discussing any alleged hearsay statements of the "Chairman."

Dated:  10/07/2010

                                                                          _____
                                                                         Hon. Tanya Walton Pratt, Judge
                                                                         United States District Court
                                                                         Southern District of Indiana

Copies to:

    **Mary K. Reeder**
    mreederArbelaw.com

    **Roger L. Pardieck**
    rlpApardiecklaw.com