UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MANABU YOSHIIKE, <br> TAKAKO YOSHIIKE, <br><br>     Plaintiffs, <br>   vs. <br><br> KIRK B. McCONER, <br> MITSUI SUMITOMO MARINE <br> MANAGEMENT (U.S.A), INC., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) NO. 4:09-cv-00114-TWP-WGH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEAL ENTRY
### THE HONORABLE TANYA WALTON PRATT, DISTRICT JUDGE

    IT IS ORDERED that the jury in this cause be committed to the custody of the bailiffs, Ray Stanish and Tanesa Genier.  The Clerk is ORDERED to provide lunch for eight (8) jurors.

Date:  10/21/2010

                                                         */s/ Tanya Walton Pratt*
                                                    Hon. Tanya Walton Pratt, Judge
                                                    United States District Court
                                                    Southern District of Indiana